JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. PEARSON BROWN, an individual, | CASE NO. CV 13-724-GW(SHx) |
| Plaintiff, | Judge: George H. Wu<br>Courtroom: 10 |
| vs. | Complaint filed:    11/9/2012<br>Final Status Conf.: 1/2/2014<br>Jury Trial Date:    1/14/2014 |
| STEINREICH COMMUNICATIONS, LLC, a New Jersey limited liability company; STANLEY STEINREICH, also known as STAN STEINREICH, an individual; and DOES 1 to 25, inclusive, | ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Defendants. | |

 The Court, having reviewed the Joint Stipulation for Dismissal of the Entire Action with Prejudice, and finding good cause appearing therefor,

-1-
JOINT STIPULATION FOR DISMISSAL

1  IT IS HEREBY ORDERED that the pending Final Status Conference and
2  Trial Dates are vacated and that unless an Application for Entry of Judgment is
3  
4  filed by January 27, 2014, the action be dismissed with prejudice on January 27,
5  2014.
6
7
8  Date: January 6, 2014                    _____
9                                            GEORGE H. WU, U.S. District Judge

-2-
JOINT STIPULATION FOR DISMISSAL